UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.H.W. et al., | |
| Plaintiff, | |
| -against- | 25-CV-9712 (AS) |
| New York City Department of Education, | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

   The parties were ordered in January to submit a joint letter to the Court, Dkt. 5, which has not yet been provided. It is also not clear whether defendant in this case was served within 90 days of the complaint being filed. Fed. R. Civ. P. 9(m). Plaintiffs should file a letter on the docket by April 21, 2026 with an update that explains whether service has been effected and whether the complaint should be dismissed either for failure to prosecute or failure to effect timely service.


        SO ORDERED.

Dated:  April 17, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge