UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.H.W. and J.W., individually and on behalf of A.W., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25-CV-9712 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 31, 2026, the parties gave notice of settlement and requested 30 days to file an executed stipulation of dismissal. Dkt. 18. The Court granted that request. Dkt. 19. That deadline has now passed, and the parties have not yet filed the stipulation of dismissal. The parties should do so on or before October 9, 2026.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge